IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GLADYS TORRES-DE LEON; JUAN A. PEREZ-RODRIGUEZ<br>Plaintiffs<br>vs<br>CREATIVE PRODUCTS TRADING, INC.; GDF FULL FACTORY, INC.; JOHN DOE, as well as any other tortfeasors; A,B,C INSURANCE COMPANIES<br>Defendants | CIVIL 13-1719CCC |

**PARTIAL JUDGMENT**

For the reasons stated in our Opinion and Order entered on this same date, all claims against defendant GDF Full Factory, Inc. are DISMISSED, with prejudice.

SO ORDERED AND ADJUDGED,.

At San Juan, Puerto Rico, on September 30, 2014.

S/CARMEN CONSUELO CEREZO
United States District Judge